## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 19-22415-CMB |
| Cynthia Ann Freund f/k/a Cynthia Ann Sorg | : Chapter 7 |
|     Debtor | : |
| | : |
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-18CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-18CB c/o NewRez LLC d/b/a Shellpoint Mortgage Servicing | : |
| | : |
|     Movant | : |
| vs. | : |
| | : |
| Cynthia Ann Freund f/k/a Cynthia Ann Sorg | : |
| | : |
|     Debtor/Respondent | : |
| | : |
| Natalie Lutz Cardiello | : |
|     Trustee/Respondent | : |

**NOTICE OF HEARING AND RESPONSE DEADLINE
REGARDING MOTION FOR RELIEF FROM THE AUTOMATICA STAY**

TO THE RESPONDENTS:

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than, **September 2, 2019** (*i.e.*, seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on **September 20, 2019**, at **1:30 PM** before Judge Carlota M. Bohm in Courtroom B, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

                Respectfully submitted,

Dated: 08/16/2019                **PINCUS LAW GROUP, PLLC**

                By:    /s/ Nicole LaBletta
                         Nicole LaBletta, Esquire
                         I.D. 202194
                         2929 Arch Street, Suite 1700
                         Philadelphia, PA 19104
                         Telephone: 484-575-2201
                         Fax: 516-279-6990
                         Email: nlabletta@pincuslaw.com