**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| Cynthia Freund | Chapter 7 |
| : | |
|    Debtor | : |
| | : Case No.19-22415 |
|      V | |
| THE BANK OF NEW MELLON F/K/A MELLON, AS TRUSTEE FOR THE SHAREHOLDERS CWALT,INC… | : |
| … | : |
| Movant | : |
| Vs | : |
| Cynthia Freund f/k/a Cynthia Ann Sorg | : |
| | : |
| Debtor Respondent | : |

### DEBTOR'S RESPONSE TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY RELIEF

Debtor **,**Cynthia Ann Sorg, though her attorney, Malcolm L. Pollard, states that she does not oppose movant's Motion for relief from the Automatic Stay.

                                                        /s/

Malcolm L. Pollard
6331 Lake Shore Drive
Erie, PA 16505
814-838-8258
Email mactk72@gmail.com
August 18, 2019                                       PA#34906

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| Cynthia Freund | Chapter 7 |
| : | |
|    Debtor | : |
| | : Case No.19-22415 |
|      V | |
| THE BANK OF NEW MELLON F/K/A MELLON, AS TRUSTEE FOR THE SHAREHOLDERS CWALT,INC | : : : |
| … | : |
| Movant | : |
| Vs | : |
| Cynthia Freund f/k/a Cynthia Ann Sorg | : |
| | : |
| Debtor Respondent | : |

## CERTIFICATE OF SERVICE

     I state that I have caused this **DEBTOR'S RESPONSE TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY RELIEF** to be served upon the following partes in the following manner:

     Via email nlabletta@puincuslaw.com

August 18, 2019     Malcolm L. Pollard
     6331 Lake Shore Drive
     Erie, PA 16505
     814-838-8258
     Email mactk72@gmail.com
     PA#34906