IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 19-22415-CMB |
| Cynthia Ann Freund f/k/a Cynthia Ann Sorg | : Chapter 7 |
| Debtor | : |
| | : |
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-18CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-18CB c/o NewRez LLC d/b/a Shellpoint Mortgage Servicing | : Related to Doc. No. 19 |
| Movant | : |
| vs. | : |
| Cynthia Ann Freund f/k/a Cynthia Ann Sorg | : |
| Debtor/Respondent | : **ENTERED BY DEFAULT** |
| Natalie Lutz Cardiello | : |
| Trustee/Respondent | : |

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

AND NOW, this ___19th___ day of ___September___ 2019, upon the Motion of Movant THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-18CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-18CB c/o NewRez LLC d/b/a Shellpoint Mortgage Servicing, for Relief from the Automatic Stay, it is hereby:

**ORDERED AND DECREED THAT** the automatic stay in effect pursuant to 11 U.S.C. § 362(a), is hereby modified/terminated for cause pursuant to 11 U.S.C. § 362d as to the Movant, its agents, assigns or successors in interest, so that the Movant, its agents, assigns or successors in interest, may take any and all action under applicable state law to exercise its remedies against the Premises described as 248 W. Penn/401 Buff Street, Butler, PA 16001, including but not limited to foreclosure of its mortgage on the Premises; and it is further

~~ORDERED, that the 14-day stay invoked pursuant to F.R.B.P. 4001(a)(3) is hereby waived;~~ and it is further

**ORDERED,** that the order be binding and effective despite any conversion of this bankruptcy case to case under any other chapter of Title 11 of the United States Code.

Dated: 08/16/2019

_____
Honorable Carlota M. Bohm
Chief U.S. Bankruptcy Judge

FILED
9/19/19 10:17 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 19-22415-CMB
Cynthia Ann Freund                                                              Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: dric              Page 1 of 1                 Date Rcvd: Sep 19, 2019
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2019.
db              #+Cynthia Ann Freund,    141 Monks Rd,    Saxonburg, PA 16056-2419

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2019 at the address(es) listed below:
        James Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2005-10CB) bkgroup@kmllawgroup.com
        Malcolm L. Pollard    on behalf of Debtor Cynthia Ann Freund mactk72@gmail.com
        Natalie Lutz Cardiello    ncardiello@comcast.net, ncardiello@ecf.axosfs.com
        Nicole Bernadette Labletta    on behalf of Creditor    THE BANK OF NEW YORK MELLON et al c/o NewRez LLC d/b/a Shellpoint Mortgage Servicing Nlabletta@pincuslaw.com, brausch@pincuslaw.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                    TOTAL: 5