# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Cynthia Ann Freund fka Cynthia Ann Sorg<br>　　　　　　　　　Debtor(s) | |
| Bayview Loan Servicing LLC as servicer for The Bank of New York Mellon FKA The Bank of New York, As Trustee For the Certificateholders of CWalt, Inc., Alternative Loan Trust 2005-10CB, Mortgage Pass-Through Certificates, Series 2005-10CB<br>　　　　　　　　　Movant<br>　　　　　　　　v.<br>Cynthia Ann Freund fka Cynthia Ann Sorg<br>　　　　　　　　　Respondent(s)<br>　　　　　　　　and<br>Natalie Lutz Cardiello, Trustee<br>　　　　　　　　Additional Respondent | BK. NO. 19-22415 CMB<br><br>CHAPTER 7<br><br>Related to Doc. No. 25<br><br><br><br>**ENTERED BY DEFAULT** |

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

　　　AND NOW, this 25th day of September, 2019, upon Motion of Bayview Loan Servicing LLC as servicer for The Bank of New York Mellon FKA The Bank of New York, As Trustee For the Certificateholders of CWalt, Inc., Alternative Loan Trust 2005-10CB, Mortgage Pass-Through Certificates, Series 2005-10CB, it is

　　　**ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified with respect to the subject premises located at 439 West Cunningham Street, Butler, PA 16001 ("Property"), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

FILED
9/25/19 12:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

　　　　　　　　　　　　　　　　　　　　　Carlota M. Böhm　　　dmr
　　　　　　　　　　　　　　　　　　　　　Chief United States Bankruptcy Court Judge

Cynthia Ann Freund fka Cynthia Ann Sorg
141 Monks Road
Saxonburg, PA 16056

Malcolm L. Pollard
6331 Lake Shore Drive
Erie, PA 16505

Natalie Lutz Cardiello
107 Huron Drive
Carnegie, PA 15106

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 19-22415-CMB
Cynthia Ann Freund                                                  Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric              Page 1 of 1              Date Rcvd: Sep 25, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2019.
db             #+Cynthia Ann Freund,    141 Monks Rd,    Saxonburg, PA 16056-2419

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2019                                    Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2019 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWALT 2005-10CB) bkgroup@kmllawgroup.com
              Malcolm L. Pollard    on behalf of Debtor Cynthia Ann Freund mactk72@gmail.com
              Natalie Lutz Cardiello    ncardiello@comcast.net, ncardiello@ecf.axosfs.com
              Nicole Bernadette Labletta    on behalf of Creditor    THE BANK OF NEW YORK MELLON et al c/o NewRez
               LLC d/b/a Shellpoint Mortgage Servicing Nlabletta@pincuslaw.com,    brausch@pincuslaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                               TOTAL: 5